## Lollipop Market Branding Overview

## Trade Dress Examples

  

  

| Charms Mini Pops Old Design | Charms Mini Pops New Design | Dum-Dums Current Design |
|---|---|---|

  



EXHIBIT

1 of 1