# Dum-Dums and Charms Mini Pops Packaging Timeline

## 2018

Tootsie Roll Industries also launches Charms Mini Pops pallet display that closely matches Dum-Dums.



**Charms Mini Pops**
Costco B2B in Fife, WA



**Dum-Dums**
Sam's Club in Toledo, OH

