# Dum-Dums and Charms Mini Pops Packaging Timeline

## 2018

Tootsie Roll Industries changes Charms Mini Pops trade dress to closely resemble Dum-Dums.





