# Declaration of Barry Bowen

## Filed Under Seal